**LAW OFFICES OF RAHUL WANCHOO (RW-8725)**
Attorneys for Plaintiffs
357 Westfield Avenue
Ridgewood, NJ 07450
Tel. (201) 882-0303
Fax. (201) 301-3576
E-mail: rwanchoo@ecaseinc.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AVENA SHIPPING COMPANY LIMITED
AND DALNAVE NAVIGATION INC.

               Plaintiffs,

- against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY

               Defendant.
-------------------------------------------------------X

ECF CASE

**JUDGE LEISURE**

07 CV 2913

**FED. R. CIV. P.
§7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. §7.1(a), the undersigned attorney of record for Plaintiffs certifies that Plaintiffs have no U.S. corporate parents or publicly held corporations owning 10% or more of their stock.

Dated: New York, New York
       March 27, 2007

                                    **LAW OFFICES OF RAHUL WANCHOO**
                                    Attorneys for Plaintiff
                                    AVENA SHIPPING COMPANY LIMITED
                                    AND DALNAVE NAVIGATION INC.

                                    By: _Rahul Wanchoo_____
                                        Rahul Wanchoo (RW-8725)