**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Plaintiffs
357 Westfield Avenue
Ridgewood, NJ 07450
Tel. (201) 882-0303
Fax. (201) 301-3576
E-mail: rwanchoo@ecaseinc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AVENA SHIPPING COMPANY LIMITED
AND DALNAVE NAVIGATION INC.

                Plaintiffs,

    - against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY

                Defendant.

------------------------------------------------------------X

ECF CASE

**JUDGE LEISURE**

**07-CV 2913**

**EX PARTE ORDER OF**
**MARITIME ATTACHMENT**

      **WHEREAS**, on April 11, 2007, Plaintiffs, AVENA SHIPPING COMPANY LIMITED AND DALNAVE NAVIGATION INC. filed a Verified Complaint herein for damages amounting to $160,890.79 inclusive of interest, cost and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

      **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of this Court up to the amount of $160,890.79; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the supporting affidavit, and the conditions of the Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED,** that process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, including but not limited to, JPMORGAN CHASE BANK, UBS AG, CITIBANK, N.A., BANK OF NEW YORK, HSBC BANK, AMERICAN EXPRESS BANK and DEUTSCHE BANK in an amount up to and including $160,890.79, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or by electronic mail to any garnishee that advises Plaintiffs that it consents to such service; and it is further

**ORDERED** that service on any garnishee described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
4 / 11 / 2007

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK