*Leisure, J*

**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Plaintiffs
357 Westfield Avenue
Ridgewood, NJ 07450
Tel. (201) 882-0303
Fax. (201) 301-3576
E-mail: rwanchoo@ecaseinc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AVENA SHIPPING COMPANY LIMITED
AND DALNAVE NAVIGATION INC.

               Plaintiffs,

- against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY

               Defendant.
------------------------------------------------------------X

ECF CASE

07 CV 2913

**EX PARTE ORDER
APPOINTING PERSONS
TO SERVE PROCESS**

     Plaintiffs, having moved for an Order pursuant to Fed.R. Civ.P. 4(c) appointing Andrew Bartley or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Rahul Wanchoo, Esq., that such appointment will result in substantial economies of time and expense.

     NOW, on motion of Law Offices of Rahul Wanchoo, attorneys for Plaintiffs, it is

     **ORDERED**, that Andrew Bartley, or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
       4/11    , 2007

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,            CLERK
BY _____
        DEPUTY CLERK
                        4/11/07