UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVENA SHIPPING COMPANY LIMITED
AND DALNAVE NAVIGATION INC.,

        Plaintiff,

    - against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY, TRASER ALLIANCE,
FORSEBERG AND MALTO LTD.,

        Defendant.
------------------------------------------------------------X

07 CV 2913 (PKL)
ECF CASE

**RESTRICTED APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the defendant, Joint Stock Company Belarussian Shipping Company, hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
      October 5, 2007

Respectfully,
TISDALE LAW OFFICES,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
11 West 42d Street, Suite 900
New York, NY 10036
Tel.: 212. 354.0025
Fax: 212.869.0067
ldavies@tisdale-law.com
ttisdale@tisdale-law.com