USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVENA SHIPPING COMPANY LIMITED
AND DALNAVE NAVIGATION INC.,

        Plaintiff,

  - against -

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY, TRASER ALLIANCE,
FORSEBERG AND MALTO LTD.,

        Defendant.
------------------------------------------------------------X

07 CV 2913 (PKL)
ECF CASE

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1.    Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2.    Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendant named in this action shall immediately release from attachment property belonging to the Defendant restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment, and

3.    That this action is hereby dismissed with prejudice and without costs to any party.

Dated: November 12, 2007
       New York, NY

                     The Plaintiff,
                     AVENA SHIPPING COMPANY LIMITED,

By: *Rahul Wanchoo*
Rahul Wanchoo (RW 8725)
LAW OFFICES OF RAHUL WANCHOO
Empire State Building
350 Fifth Avenue, Suite 3304
New York, NY 10118
Tel: (201) 882-0303
Fax: (201) 301-3576
rwanchoo@wanchoolaw.com

The Defendant,
JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY,

By: *Lauren C. Davies*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

SO ORDERED: 11/14/07

*Peter K. Leisure*
Honorable Peter K. Leisure, U.S.D.J.